IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLIFFORD PRESS, | |
| Plaintiff, | CIVIL ACTION NO. 3:11-CV-2265 |
| v. | (JUDGE CAPUTO) |
| UNITED AIRLINES, INC., | |
| Defendant. | |

## ORDER

**NOW**, this   3rd    day of May, 2012, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (Doc. 9) is **GRANTED in part** and **DENIED in part** as follows:

(1) Plaintiff's § 1983, false imprisonment, and intentional infliction of emotional distress claims are **DISMISSED.**

(2) The motion is **DENIED** in all other respects.

Plaintiff shall have **twenty-one (21) days** to amend his complaint to properly allege subject matter jurisdiction. Failure to amend within that time will result in dismissal of his complaint.

　　　　　　　　　　　　　　　　　　　　/s/ A. Richard Caputo
　　　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　　　United States District Judge