**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CLIFFORD PRESS, | |
| Plaintiff, | CIVIL ACTION NO. 3:11-CV-2265 |
| v. | (JUDGE CAPUTO) |
| UNITED AIRLINES, INC., | |
| Defendant. | |

## ORDER

**NOW**, this <u>  3rd  </u> day of May, 2012, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (Doc. 9) is **GRANTED in part** and **DENIED in part** as follows:

(1) Plaintiff's § 1983, false imprisonment, and intentional infliction of emotional distress claims are **DISMISSED.**

(2) The motion is **DENIED** in all other respects.

Plaintiff shall have **twenty-one (21) days** to amend his complaint to properly allege subject matter jurisdiction. Failure to amend within that time will result in dismissal of his complaint.

                                                        /s/ A. Richard Caputo
                                                       A. Richard Caputo
                                                       United States District Judge